UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:09-00244 |
| | ) | JUDGE CAMPBELL |
| ROGER WAYNE BATTLE, et al. | ) | |


ORDER

Pending before the Court are the following motions to adopt other motions:

- Motion to Adopt Specific Motions Filed By Co-Defendants (Docket No. 375) filed by Defendant Lobbins [requesting to adopt Docket Nos. 357, 360, 362, 354, 366]

- Motion to Adopt Defendant Imes' Motion to Sever Counts (Docket No. 359) (Docket No. 416) by Defendant Smith

- Motion To Adopt Defendant Green's Motion For Pretrial Determination Of Admissibility Of Co-Conspirators' Statements And Incorporated Memorandum Of Law (Docket No. 357) (Docket No. 417) by Defendant Smith

- Motion To Adopt Defendant Imes' Motion To Sequester Witnesses With Incorporated Memorandum Of Law (Docket No. 362) (Docket No. 418) by Defendant Smith

- Motion To Adopt Defendant Lobbins' Motion for Notice Of Government's Intention To Use Residual Hearsay Exception Under Rule 807 (Docket No. 374) (Docket No. 419) by Defendant Smith

- Defendant Curtis Green's Motion to Join Defendant Lobbins' Motion For Notice of Government's Intention To Use Residual Hearsay Exception Pursuant To Rule 807 (Docket No. 424)

- Defendant Curtis Green's Motion to Join Defendant Imes' Motion to Sequester Witnesses And Incorporated Memorandum Of Law (Docket No. 425)

- Motion To Adopt Defendant Battle's Motion for Daily Trial Transcript (Docket No. 428) (Docket No. 435) by Defendant Smith

1

- Motion To Adopt Defendant Battle's Motion for Jury Questionnaire (Docket No. 431) (Docket No. 436) by Defendant Smith

- Motion To Adopt Defendant Battle's Motion For Exculpatory Evidence (Docket No. 429) (Docket No. 437) by Defendant Smith

- Motion To Adopt Defendant Battle's Motion to Increase Peremptory Challenges (Docket No. 434) (Docket No. 438) by Defendant Smith

- Motion To Adopt Defendant Battle's Motion For Production Of Government's Witness List (Docket No. 432) (Docket No. 439) by Defendant Smith

- Motion To Adopt Co-Defendant Battle's Motion For Release Of *Brady* Materials (Docket No. 429) (Docket No. 440) by Defendant Imes

- Motion To Adopt Co-Defendant Battle's Motion To Compel Notice Of Intent To Offer Evidence Of Other Crimes, Wrongs Or Acts (Docket No. 430) (Docket No. 441) by Defendant Imes

- Motion To Adopt Co-Defendant Battle's Motion for Jury Questionnaire (Docket No. 431) (Docket No. 442) by Defendant Imes

- Motion to Adopt Co-Defendant Battle's Motion For Court To Pay For Care Of Dependant Children And Family Members Of Single Parents Selected As Jurors (Docket No. 433) (Docket No. 443) by Defendant Imes

- Motion to Adopt Co-Defendant Battle's Motion to Increase Peremptory Challenges (Docket No. 434) (Docket No. 444) by Defendant Imes

- Motion Adopt Co-Defendant Battle's Motion for Daily Trial Transcript (Docket No. 428) (Docket No. 445) by Defendant Imes

- Motion To Adopt Co-Defendant Battle's Motion for Production Of Government's Witness List (Docket No. 432) (Docket No. 446) by Defendant Imes

The motions to adopt are GRANTED, provided however, that if the motion adopted is withdrawn by the movant or becomes moot, the Defendant(s) adopting the motion shall file his or her own motion on or before January 14, 2011, or within three calendar days from the

termination of the adopted motion, whichever is later.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE