UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00244 |
| | ) | JUDGE CAMPBELL |
| ROGER WAYNE BATTLE, et al. | ) | |

## ORDER

Pending before the Court are the following motions on which the Court makes the following rulings:

Defendant Jessie Lobbins' Motion For Bill Of Particulars (Docket No. 367) and Defendant Battle's Motion For A Bill Of Particulars (Docket No. 421) are DENIED, as the Superseding Indictment (Docket No. 245), which is quite detailed, adequately sets forth the elements of the offenses charged and sufficiently apprises the Defendants of the charges to enable them to prepare for trial. See, e.g., United States v. Azad, 809 F.2d 291, 296 (6th Cir. 1987).

Defendant Imes' Motion To Sever Counts (Docket No. 359), Motion For Severance Of Defendant Lobbins From Co-Defendants With the Exception Roger Wayne Battle (Docket No. 369), Defendant Lobbins' Motion For Severance Of Offenses (Docket No. 370), Defendant Smith's Motion and Memorandum To Sever (Docket No. 407), Defendant Gary Eugene Chapman's Motion To Sever Counts (Docket No. 409), Defendant Battle's Motion to Sever (Counts) (Docket No. 426), and Defendant Battle's Motion To Sever (Defendants) (Docket No. 427) are DENIED, as the counts in the Superseding Indictment (Docket No. 245) are sufficiently related to permit their consideration in one trial, and Defendants have not identified prejudice

resulting from the joinder of counts or Defendants that will not be sufficiently cured by less drastic measures, such as limiting instructions. (See Docket No. 336).

Defendant Battle's Motion For Production Of Government's Witness List (Docket No. 432) is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE